12-05870 / 11-12575  
5300 Katrine LLC

**Final Claims Register**

*Numerical Order*

| Claim # | Claim Status | Case | Amount | Basis for Claim | Date Filed | Classification | Claimant |
|---|---|---|---|---|---|---|---|
| 33 | Pending | 5300 Katrine, LLC (11-12575) | $500.00 | Taxes | 9/15/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| 220 | Disallowed | 5300 Katrine, LLC (11-12575) | $58,482.33 | Goods Sold | 1/25/2012 | Unsecured | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 220 | Disallowed | 5300 Katrine, LLC (11-12575) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 220 | Disallowed | 5300 Katrine, LLC (11-12575) | $57,595.43 | Goods Sold | 1/25/2012 | Unsecured Priority | Arnstein & Lehr LLP (Michelle G. Novick Esq.) 120 S. Riverside Plz., Ste. 1200, Bradner Central Co., Chicago, IL 60606-3910 US |
| 339 | Disallowed | 5300 Katrine, LLC (12-05870) | Not less than $2,986,023.00 | Loans Due and Payable Under Loan Documents | 3/6/2012 | Unsecured | c/o Faye B. Feinstein Esq. Quarles & Brady LLP (Burr Ridge Bank) 300 N. LaSalle St., Ste. 4000, Chicago, IL 60654-3422 |
| 339 | Disallowed | 5300 Katrine, LLC (12-05870) | At Least $2,986,023.00 | Loans Due and Payable Under Loan Documents | 3/6/2012 | Secured | c/o Faye B. Feinstein Esq. Quarles & Brady LLP (Burr Ridge Bank) 300 N. LaSalle St., Ste. 4000, Chicago, IL 60654-3422 |
| 384 | Pending | 5300 Katrine, LLC (12-05870) | $ unknown | see appendix | 3/8/2012 | Unsecured | Brenda Porter Helms, solely as the Chapter 7 Trustee for the Estate of Veluchamy (11-33413) c/o Barry Chatz, Esq., Arnstein & Lehr LLP, 120 S. Riverside Plaza,12th, Chicago, IL 60606 |
| 418 | Pending | 5300 Katrine, LLC (12-05870) | Unliquidated (see Rider) | See attached Rider | 3/9/2012 | Unsecured | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 418 | Pending | 5300 Katrine, LLC (12-05870) | Unliquidated | See attached Rider | 3/9/2012 | Unsecured Priority | Ungaretti & Harris LLP (Fed. Deposit Ins. Corp., as Receiver for Mutual Bank, Richard Scott Alsterda Esq.) 70 W. Madison St., Ste. 3500, Three First Nat'l Plz., Chicago, IL 60602-4224 US |
| 434 | Withdrawn | 5300 Katrine, LLC (12-05870) | $1,985.00 | Tax preparation | 3/9/2012 | Unsecured | Bradford R. Dooley & Assoc. (Bradford R. Dooley) 209 W. Jackson Blvd., Ste. 404, Chicago, IL 60606-6934 US |
| 509 | Withdrawn | 5300 Katrine, LLC (12-05870) | 0 | Taxes | 4/23/2013 | Unsecured Priority | IL Dept. of Revenue, Bankruptcy Section (Karim Kevin Kaminski, RTS2) P.O. Box 64338, Chicago, IL 60664-0338 |
| AC122-1 | Allowed | 5300 Katrine, LLC (11-12575) | $549.63 | See attached | 12/5/2011 | Unsecured | W.W. Grainger, Inc. (Deutschmann, Cindi) 7300 N. Melvina, MES17821873395, Niles, IL 60714 |
| AC33-1 | Pending | 5300 Katrine, LLC (11-12575) | 0 | Taxes | 11/20/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |
| AC33-2 | Pending | 5300 Katrine, LLC (11-12575) | $0.00 | Taxes | 11/24/2011 | Unsecured | Internal Revenue Service 31 Hopkins Plz., Rm. 1150, G. H. Fallon Federal Bldg., Baltimore, MD 21201-2825 |